Case Name: JOHNSON, CONNIE
Case No:    07-70737

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 7, 2008                WILLIAM T. NEARY
                                        United States Trustee, Region 11

                               BY:   *Carole J. Ryczek*
                                         CAROLE J. RYCZEK
                                         Attorney for the U.S. Trustee