IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
JOHNSON, CONNIE S

CASE NO. 07-70737 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:  XXX-XX-4504

1.      NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

       At:    U.S. BANKRUPTCY COURT
              211 South Court Street, Room 115
              Rockford, IL 61101

       on:    April 2, 2008
       at:    9:30 a.m.

2.      The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $         0.00 | $       847.76 | |
| Stephen G. Balsley Trustee's Firm Legal | $         0.00 | $      1,450.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $         0.00 | $ | 40.75 |

4.      The Trustee's Final Report shows total:

       a. Receipts                                    $          6,636.03

       b. Disbursements                               $             0.00

       c. Net Cash Available for Distribution         $          6,636.03

5.      In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $3,245.00.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,052.52, to be distributed to the general unsecured

creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $10,415.67, resulting in an approximate distribution of 10.11% to unsecured creditors.

6.     The debtor been discharged.

7.     The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    December 18, 2007                    /s/Stephen G. Balsley
                                             STEPHEN G. BALSLEY
                                             6833 STALTER DRIVE
                                             ROCKFORD, IL 61108
                                             815/962-6611