IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
JOHNSON, CONNIE S

CASE NO. 07-70737 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest: XXX-XX-4504

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 115
        Rockford, IL 61101

   on:  April 2, 2008
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 847.76 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,450.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 40.75 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $       6,636.03

   b. Disbursements                         $           0.00

   c. Net Cash Available for Distribution   $       6,636.03

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $3,245.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,052.52, to be distributed to the general unsecured

creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $10,415.67, resulting in an approximate distribution of 10.11% to unsecured creditors.

6. The debtor been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   December 18, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                Date Rcvd: Mar 11, 2008
Case: 07-70737                Form ID: pdf002            Total Served: 13


The following entities were served by first class mail on Mar 13, 2008.
db           +Connie S Johnson,    3145 16th Street,    Rockford, IL 61109-2328
aty          +Theresa L Campbell,    Theresa L Campbell Law Offices,    728 N. Main,   Rockford, Il 61103-7200
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11269989     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
11269990     +Beneficial/household Finance,     Po Box 1547,   Chesapeake, VA 23327-1547
11269991     +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11269992     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
11516208      Household Finance Corporation/Beneficial,     by eCAST Settlement Corporation,   as its agent,
               POB 35480,    Newark NJ 07193-5480
11269993     +Hsbc Nv,    Pob 19360,   Portland, OR 97280-0360
11269994     +Midland Mortgage Company,     Po Box 26648,   Oklahoma City, OK 73126-0648
11269995     +Ronald L. Johnson,    3145 16th Street,    Rockford, IL 61109-2328
12002667      eCAST Settlement Corporation,     POB 35480,   Newark NJ 07193-5480
11469783      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2008**           **Signature:**   _Joseph Speetjens_